**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**
**KANSAS CITY DIVISION**

| | |
|---|---|
| TINA MARIE MARTIN,<br>            PLAINTIFF,<br><br>v.<br><br>CANDLE QUEEN CANDLES, LLC,<br>STACY L. MCCOWEN,<br>BETH MICHELLE RATHJEN-SNIDER, AND<br>JOHN DOES 1 – 99,<br>            DEFENDANTS. | Civil No. 2:12-cv-02639-JWL-KMH |

## STIPULATION AND ORDER DISMISSING ACTION

It appearing to the Court that the Plaintiff, Tina Marie Martin, and Defendants, Candle Queen Candles, LLC, Stacy L. McCowen and Beth Michelle Rathjen-Snider, have reached agreement and the Court being otherwise duly and sufficiently advised;

**IT IS HEREBY ORDERED** pursuant to Fed.R.Civ.P. 41, that all claims in the above-styled action pending in the United States District Court, District of Kansas at Kansas City, be and the same are hereby dismissed with prejudice.

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| /s/Cheryl L. Reinhardt | /s/ Cheryl L. Burbach |
| Cheryl L. Reinhardt | Cheryl L. Burbach (KS Bar No. 23592) |
| BEAL & REINHARDT, LLC | HOVEY WILLIAMS LLP |
| 9609 W. 144th Street | 10801 Mastin Boulevard, Suite 1000 |
| Overland Park, KS 66221 | 84 Corporate Woods |
| Email: clr@brlawllc.com | Overland Park, Kansas 66210 |
| | Tel.   913-647-9050 |
| Norman E. Beal | Fax   913-647-9057 |
| BEAL & REINHARDT, LLC | Email: clb@hoveywilliams.com |
| 9120 West 135th Street – Ste. 204 | |
| Overland Park, KS 66221 | *Attorneys for Defendants* |
| Email: nbeal@brlawllc.com | *Candle Queen Candles, LLC* |
| | *Stacy L. McCowen and* |
| Kyle Anne Citrynell | *Beth Michelle Rathjen-Snider* |
| Christopher A. Bates | |
| SEILLER WATERMAN, LLC | |
| 462 S. Fourth Street, 22nd Floor | |
| Louisville, Kentucky 40202 | |
| E-mail: citrynell@derbycitylaw.com | |

*Attorneys for Plaintiff*
*Tina Marie Martin*

g:\doc\kac\martin, tina\pleadings\kansas pleadings\agreed ord dismissing.doc